# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ELIAS ALVARADO-RODRIGUEZ,<br><br>                          Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,<br><br>                          Respondents. | Case No.:  26cv4003 DMS (AHG)<br><br>**ORDER DENYING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition, and Petitioner filed a Traverse.

Petitioner is a native and citizen of Honduras.  On October 12, 2013, when Petitioner was 15 years old, he entered the United States without inspection.  (Pet. at 5.)  He was apprehended on that date, processed as an unaccompanied juvenile, and released into the United States.  (*Id.*)  Approximately five months later, an immigration judge in Texas issued an in absentia removal order against Petitioner.  (*Id.*)

Following his release from immigration custody, Petitioner built deep ties to the community.  (*Id.* at 6.)  According to the Petition, Petitioner "is a stable homeowner with a residential mortgage, a verified taxpayer, and a productive entrepreneur as the lawful

owner of C & A Roofing LLC." (*Id.*)  Petitioner is also "the devoted father of a nine-year-old United States citizen child.  He holds a valid, USCIS-issued Employment Authorization Document valid through July 18, 2030." (*Id.*)

On April 26, 2026, Petitioner was apprehended at an airport in Florida based on the in absentia removal order.  (*Id.*)  Petitioner requested a custody determination hearing before the immigration judge, but that request was denied based on *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025). (*Id.* at 3.)  Petitioner also filed a motion to reopen his immigration proceedings, which was also denied.  (*Id.*)  Petitioner appealed that decision to the Board of Immigration Appeals ("BIA"), and as of July 22, 2026, that appeal was pending.  (Traverse at 2.)

On July 13, 2026, Petitioner filed the present case in which he raises four claims.  First, he claims his re-detention pursuant to 8 U.S.C. § 1225(b)(2)(A) violates his due process rights.  Second, Petitioner contends the government should bear the burden of proof at any custody determination hearing.  Third, Petitioner asserts the decision to deny him bond violates the Eighth Amendment.  Fourth, Petitioner argues his unreviewable detention violates the Suspension Clause.

In response to the Petition, Respondents argue Petitioner is detained under 8 U.S.C. § 1231(a) in light of his final removal order.  Because none of Petitioner's claims address his detention under that statute, Respondents assert the Petition should be denied.

Petitioner disputes he is detained under § 1231(a), and asserts his detention is governed by § 1226(a).  In support of this argument, Petitioner relies on *Casas-Castrillon v. Dep't of Homeland Security*, 535 F.3d 942, 948 (9th Cir. 2008).  However, that case was abrogated by *Avilez v. Garland*, 69 F.4th 525, 533-34 (9th Cir. 2023).  Petitioner also relies on his filing of an emergency motion for a discretionary stay of removal with the BIA, but he fails to cite any authority that the filing of such a motion affects the finality of his removal order.

Petitioner also argues his in absentia removal order was void ab initio because it failed to include the date and time of his hearing, and he was a 15-year-old child at the time

it was issued.  Based on the evidence before the Court, it appears Petitioner was a minor at the time and the Notice to Appear did not include a date or time for his hearing.  However, Petitioner fails to cite any authority stating those arguments would entitle him to habeas relief.  Petitioner's other arguments also fail to address his detention under § 1231(a).

Absent any argument as to why Petitioner's detention under that statute is unlawful or unconstitutional, the Petition for Writ of Habeas Corpus is denied.

**IT IS SO ORDERED.**

Dated:  August 11, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv4003 DMS (AHG)